In the Matter of the Claim of OLIVER RICE, Respondent, against RALPH SIMONELLI, Respondent, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend record on appeal and for reargument on amended record denied, with ten dollars costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE FORTINO, Appellant.— Decision handed down November 25, 1932 [236 App. Div. 877], and the order entered thereon are hereby amended by striking therefrom the words " not less than eight years nor more than fifteen years," and inserting in place thereof the words " not less than five years nor more than ten years." Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

JAN PIECHOWICZ, Respondent, v. PETER MARUSZCZAK and Another, Appellants. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ.

In the Matter of the Claim of MARGARET RUPPERT, Respondent, against PLATTDEUTSCHE VOLKSFEST VEREIN and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.*— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the accident did not arise out of and in the course of the employment. McNamee, Crapser and Bliss, JJ., concur; Hill, P. J., dissents and votes to affirm; Rhodes, J., dissents and votes to reverse and remit on the ground that the wage rate should have been determined under subdivision 3 of section 15 of the Workmen's Compensation Law.

In the Matter of the Claim of HARRY ROSEN, Respondent, against JULIUS OSTROFSKY, Respondent, and GREAT AMERICAN INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.†— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MARIE BERTHA SANANTONIO, Respondent, against JOHN SCHUSSLER, Doing Business as HOTEL ASTOR BARBER SHOP, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Rhodes, J., dissents and votes to reverse the award and to remit the claim because of the improper exclusion of evidence.

In the Matter of the Claim of MARY BERRY, Respondent, against THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant. STATE INDUS-TRIAL BOARD, Respondent.— Award reversed, and claim dismissed, with costs against the State Industrial Board, on the ground that the deceased was engaged in interstate commerce. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.